# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARIA D. GUTIERREZ  
160 SMITH LANE  
SOUTH BELOIT, IL  61080

SSN-xxx-xx-6966

Case Number: 07-71947

Case filed on: 8/16/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ATTY. ADAM LONG | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ATTY. DONNA HONZEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FREEDMAN ANSELMO LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MARIA D. GUTIERREZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ELITE MOTORS | 10,328.00 | 10,328.00 | 0.00 | 0.00 |
| 002 | SAXON MORTGAGE SERVICES INC | 37,341.07 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 47,669.07 | 10,328.00 | 0.00 | 0.00 |
| 003 | B-REAL LLC | 313.51 | 313.51 | 0.00 | 0.00 |
| 006 | AWA COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 4,031.03 | 4,031.03 | 0.00 | 0.00 |
| 009 | MEDCLEAR INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 158.62 | 158.62 | 0.00 | 0.00 |
| 011 | NCO FIN / 99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,503.16 | 4,503.16 | 0.00 | 0.00 |
|  | Grand Total: | 52,172.23 | 14,831.16 | 0.00 | 0.00 |

Total Paid Claimant:     $0.00  
Trustee Allowance:       $0.00  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007         By  /s/Heather M. Fagan